**CLOSED**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| STANLEY COOK,<br><br>        Plaintiffs,<br><br>        v.<br><br>RAJIV K. SHAH, et al.,<br><br>        Defendants. | Civil No. 09-6523 (JBS)<br><br>**ORDER** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **4th** day of **August**, **2011**,

ORDERED that the Clerk shall reopen the case and shall make a new and separate docket entry reading: "CIVIL CASE REOPENED;" and it is further

ORDERED that the federal claims raised in the Second Amended Complaint [Dkt. 19] are DISMISSED for failure to state a claim upon which relief may be granted; and it is further

ORDERED that the Court declines to exercise supplemental jurisdiction; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion on Plaintiff; and it is finally

ORDERED that the Clerk shall close the file and shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      U.S. District Judge